UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Email: jenee@wg-attorneys.com
Attorney for Debtor

In Re:

Galo J. Lema Yancha,

Debtor.

Case No.: 24-11133

Chapter: 13

Judge: Vincent Papalia

Order Filed on March 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 25, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

On  March 3, 2025, an application was filed for the Claimant(s),  Galo J. Lema Yancha, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 6,802.92 held in unclaimed funds be made payable to  Galo J. Lema Yancha and be disbursed to the payee at the following address:

52-54 Sanford Ave.

Plainfield, NJ 07060

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below.  This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person  must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant**  - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2